IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ZC D.C.

05 AUG -1 AM 10: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.

NO. 02-20023-Ma

NICKELL JACKSON,

    Defendant.

## ORDER FOR MENTAL EVALUATION OF DEFENDANT

Before the court is the oral motion of counsel for defendant requesting an in-patient mental evaluation of Nickell Jackson pursuant to 18 U.S.C. § 4241 and § 4247(b) and (c). Based upon the record and statements of counsel, the defendant Nickell Jackson is ordered to undergo a complete mental evaluation at a suitable federal facility to determine whether he is mentally competent to understand the nature and consequences of the proceedings against him and to assist properly in his own defense.

It is so ORDERED this 29K day of July, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-2-05

80

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:02-CR-20023 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT